# EXHIBITS

**SA25CA0779 OG**

1). OFFICE OF ATTORNEY GENERAL REQUEST FOR ASSIST W/PUBLIC INFORMATION ACT ENFORCEMENT  6 pages

2) NURSE ADVOCACY PROTECTIONS / WHISTLEBLOWER LAWS. 1 page

3) BEXAR COUNTY DISTRICT ATTORNEY'S OFFICE: COMPLAIN LETTER, REFERAL TO PUBLIC INTEGRITY UNIT (e-mails) DEPT. AGING & DISABILITY INESTIGATION REPORT (documents dated from 2014 - 2022)  7 pages

4) FORGED SIGNATURE / JUDGE LARRY NOLL (2022) 3 pages

5) BEXAR COUNTY SHERIFF'S INVESTIGATION: COMPLAINT # 2019-BCSO-1041 (WITNESS-TAMPERING: (e-mail) 1 page

6) COMMUNICATION E-MAIL (Markel American Insurance Company). 1 page

Total Documents: 19

U.S. DISTRICT COURT
FREDA G. YOKUM   VS. KENNETH C. BELL |   2025

Office of the Attorney General, Open Records Division ID# OR-25-021924-IC

From: OpenRecordsAssistance (openrecordsassistance@oag.texas.gov)
To: missfredarn@gmail.com
Date: Wednesday, May 21, 2025 at 06:09 AM CDT

Dear Requestor:

Your complaint was assigned ID# OR-25-021924-IC.

In order to further evaluate your complaint, we need a copy of your original request for information made to the Bexar County Sheriff's Office.

Your original request for information may be submitted through our online form (https://oag.my.site.com/OpenRecords/s/) or mailed to P.O. Box 12548, Austin, Texas 78711.

Please note, if you are using the online form, you must include the full complaint ID number provided above in order to submit your documentation.

Should you have any questions regarding this letter, please call the Open Government Hotline at (877) 673-6839.

Sincerely,


Education and Enforcement Section
Open Records Division


PLEASE NOTE: ORD does not respond to questions sent to this e-mail address. If you need further assistance, please contact the Open Government Hotline at 1-877-673-6839.

Freda G. Yokum | 307 Bright Chase | San Antonio, Texas 78253 | (210) 378-6963

April 24, 2025

Office of the Attorney General of Texas  
300 West 15th Street  
Austin, Texas 78701

<u>Via Certified Mail</u>

9589 0710 5270 1534 9919 22

RE<u>: COMPLAINT FOR FAILURE TO RELEASE PUBLIC INFORMATION REQUESTED, AGAINST BEXAR COUNTY, TEXAS & DISTRICT ATTORNEY'S OFFICE.</u>

To: Open Records Division, Attorney General Warren Kenneth Paxton, Office of Attorney General, et al.

Pursuant to the Public Information Act, Texas Gov't Code, Chapter 552, I file this informal notice of a possible violation of the law & against me, the requestor; Freda G Yokum.

BEXAR COUNTY SHERIFF'S OFFICE  
200 N. Comal Street  
San Antonio, Texas 78207

My request for information relates to a public corruption complaint filed with the Bexar County Sheriff's Office, in January 2019. The complaint was assigned to Bexar County Detective Noel Nino, Badge #657, filed as **2019-BCSO-1041.**

My original request was filed through the Bexar County Records Request Portal on March 26, 2025, **R019934-032625**. The 10-working day response has passed without written notification of a referral or opinion from the Texas Attorney General. I have spoken with County Clerk, Monica Ramos & Lt. Abraham Abraham; Open Records Division BCSO.

The criminal complaint & investigation benefits the general public's interest & expectation of honest services, transparency, equal treatment & impartiality through the services of elected officials. The BCSO complaint was a result of suspected corruption in Bexar County District Court, **Cause No. 2015-CI-16732.** Former presiding judge David Canales of the 73rd Judicial District (stepped down 2/1/24) & the 131st Judicial District Court of Judge Norma Gonzales are relevant to that case. Both are vital to resolving inconsistent litigation conclusions, missing e-filed motions, hearings & violations of civil procedures. Specific, to defense attorneys <u>alleged</u>

motion on 4/6/18 to sign & enter. It is also subjected to an insurance claim filed with Markel American Insurance Company.

Because judge's rulings & decisions must be based on the rule of law, any action having the appearance of criminality, political influence or personal bias is ripe for the Office of Attorney General's and/or Texas Legislation intervention. I declare to be a repeat victim of criminal allegations, defamation, procedural breaches & violation of state law. Based on facts, information & belief that reportable crimes were committed, I continue to ask for intervention through this complaint, for the release of information requested.

### BEXAR COUNTY DISTRICT ATTORNEY'S OFFICE
D.A. Joe Gonzales
101 West Nueva Street
San Antonio, Texas 78205

On March 26, 2025, a public information request was filed for records from the D.A.'s Office, through the Bexar County Public Records Portal and the D.A.'s online form. References: **R019938-032625, R020121-040625 & Submission # 124191**, relates to a complaint referred to the D.A.'s Public Integrity Unit, and assigned to Christine Del Prado in October 2022. Failure to Notify: As a conflict of interest existed, I was never given formal notification of a recusal, transfer of files or referral to a "special prosecutor" and/or the OAG. Texas Gov't Code § 411.0255(b)

From June 2021 - November 2022 an active civil case, **Cause Number 2021-CI-11305**, was assigned to presiding Judge Tina Torres of the 407th Judicial District Court. This cause arose from the original **Cause Number 2015-CI-16732**, against defendant Paramount Healthcare company. Kenneth C. Bell was plaintiff attorney of record. Suspected forged e-filed documents & PPP fraud loans were reported to state & federal judges & investigators.

All hearings, motions, rulings & decisions were heard by visiting judges or a rotation of available judges. Judge Tina Torres is at all times relevant to the complaint filed with the D.A.'s Office and my request for information. Further, Judge Torres failed to engage in the case, until approximately 1-2 weeks before a scheduled jury trial, set for November 7, 2022. I arrived in person, expecting a jury trial, as did the bailiff.

Freda G. Yokum | 307 Bright Chase | San Antonio, Texas 78253 | (210) 378-6963

No jury was present, and the case was dismissed. The mediation agreement was breached prior in violation of the court's order.

The actions of Judge Torress conflicted with the findings & decisions made by more seasoned & experienced judges, as she literally ignored their decisions. Prior to her appearance in the case, facts & evidence survived defendant(s) motions to dismiss & resistance to discovery.

Judge Torres had informed knowledge that a complaint had been referred to the District Attorney's Office. The appearance of bias potentially violated my rights to a fair & impartial judicial process. Political interference, likely motivated & corruptly tainted the disposition of that case. Because of these violations, I seek intervention, re-opening the investigation or mediation of violations.

## REQUEST FOR INFORMATION

The OAG is asked to release public information records related to complaints involving FREDA G. YOKUM. Any challenges to the OAG rulings, opinions between January 2015 - December 2022 are requested. Specific to Texas Board of Nursing lawsuit **Cause No. D-1-GN-19-007180** in Travis County 250th Judicial District, dated 10/14/2019.

This petition relates to Freedom of Information Requests from the office of former Texas Senator Carlos Uresti, and FOIA requests from private investigator Angelique Aguilar. Requestor, Freda G. Yokum also asks for records involving the disposition or dismissal of any federal investigation that pertains to reports of public corruption in San Antonio, Bexar County, Texas district courts. Any record that substantiates that a Washington, DC federal investigation was dismissed is requested.

Whether or not it involves Attorney General Ken Paxton or the OAG, it does, however, bear relevance to allegations of unethical & potential criminal misconduct of judges & lawyers. Several of whom were reported to the Texas State Bar and/or Chief Discipline Counsel on or around 8/22/2018 and State Commission on Judicial Conduct **CJC No. 19-0067**, on or around June 13, 2019. For possible violation(s) see: CPRC Title 5 Chapter 104 Sec. 104.001(1)(2)

Further, court-appointed attorneys in non-family court litigation dating back to 2014 - 2022. This is a matter of public interest as notification of court-appointed attorneys were not formally disclosed to me by any attorney of record. This contradicts a notice received from staff attorney

of Bexar County Courts, directed towards pro se litigants. Requestor, Freda G. Yokum also asks for any record giving notice of a "default" judgment against Husch Blackwell, pursuant to CPRC Chapter 39, Sec. 39.001 And Sec. 39.002

Federal Bureau of Investigation
5740 University Heights
San Antonio, Texas 78249

On or about November 8, 2023, I had an on-site, 3-hour meeting/interview with Duty Agent Erin Isley. This meeting was relevant to years long state & federal petitions, complaints and investigations. This includes but is not limited to EEOC investigation & notice of right to sue. During this meeting, the agent verbally disclosed specific information about state board investigations & my mandated report of deaths of multiple residents & an impaired nurse, who was under BON stipulations. The continued employment of the nurse remains a critical concern for the safety of nursing home residents, which I expressed during the meeting. I further explained my knowledge of the disposition of my complaint. That which played a significant role in my decision to retire my nursing license(s) with the Board of Nursing in January 2023, taking the option for early social security retirement.

The FBI duty agent disclosed the disposition of both Bexar County lawsuits, in a direct response to my questioning the outcome of the cases. She stated that I had won both civil lawsuits in Bexar County. I discussed my concerns that court records contradicted decisions made by the presiding judges and remains on the record, (this inquiry arose again in recent months, on or around January 13, 2025, in 2 conversations that day).

The discussion touched on an array of topics concerning public corruption, in Bexar County Courts, notably by the awareness of a federal judge in a previous public corruption case. Discussion included the discovery of the insurance claim with Markel American Insurance Company, and my protections against RETALIATORY action in my capacity of Registered Nurse. A copy of Texas Advocacy and Whistleblower Protections, under the Texas Nurses Association was left with the FBI duty agent along with public information about the distribution of PPP loans, implicating The Law Office of Bell & White as the offices were involuntarily closed, as shown by Texas Comptroller.

State Liability for the conduct of public servants were also discussed with the possibility of AG Ken Paxton projecting a "dereliction of duty." The OAG has an obligation & duty to protect the rights of citizens and enforce the laws to hold violators accountable. As a conspiracy to interfere with civil rights were committed, elected officials chose to neglect their duty to intervene. Therefore, I respectfully file this complaint, seeking the OAG intervention or the Texas Legislative Committees to take any necessary measures to investigative and/or resolve this ongoing injustice.

Pursuant to the Public Information Act, I ask that the Attorney General issue a decision no later than the **45th working day** from the receipt of this request. I will continue to cooperate & provide full disclosure of additional information & corroborating evidence. I agree, in good faith to any request for public testimony or deposition under oath, in this matter.

Respectfully submitted,

*Freda G. Yokum* (signature)

Freda G. Yokum
307 Bright Chase
San Antonio, Texas 78253
Cell: (210) 378-6963
Email: missfredarn@gmail.com

Cc: Texas House General Investigating Committee



# PATIENT ADVOCACY PROTECTIONS WHISTLEBLOWER LAWS

**Bottom line**

Nurses who report situations they believe expose a patient to harm are protected from retaliation and adverse licensure actions.

TNA believes patients are best served when nurses can be patient advocates without fear of retaliation. Advocating for the profession includes supporting a regulatory environment that protects nurses when advocating for their patients. TNA has advocated legislatively for over 20 years to make this a reality for Texas nurses. The table below sets out patient advocacy and whistleblower protections available to Texas nurses (RNs and LVNs) as a result of these TNA initiatives.

**Protections from Retaliation**

TNA's first legislative initiative to protect the right of nurses to be patient advocates was in 1987, when it successfully advocated for protections for nurses who reported a licensed health care practitioner or facility to an appropriate licensing agency.[1] This was followed by initiatives in 1995 (protections for refusal to engage in reportable conduct), 1997 (safe harbor nursing peer review), 1999 (protections from retaliation through negative job reference), 2002 (protections included in hospital staffing rules for raising staffing concerns), 2003 (protection when reporting patient care concerns within a facility), 2007 (clarifying and enhancing protections), and 2019 (oral request for nursing peer review), among others.[2]

**Remedies if Retaliation Occurs**

Sec. 301.413 of the Nursing Practice Act sets out the remedies available to nurses who are subject to retaliation. It authorizes a civil lawsuit for damages (minimum recovery of $5000), attorney fees, and exemplary damages. It also creates a presumption that any disciplinary action taken against a nurse within 60 days of the nurse's reporting of conduct or raising a patient care concern will be considered retaliation against the nurse. The entity who disciplined or fired the nurse then has the burden of proving otherwise. A nurse also can report a facility or health care practitioner involved in the retaliation to an appropriate licensing agency.

**Whistleblower Laws in Texas[3]**

| Conduct Covered | Texas Law | Protection from Action Against License | Protection from Retaliation |
|---|---|---|---|
| 1. Nurse believes she/he is being requested to engage in conduct that would violate nurse's duty to patient as defined by BON standards of practice and unprofessional conduct rules<br><br>2. Nurse advised another nurse about rights under safe harbor nursing peer review | Safe Harbor Nursing Peer Review<br>Occ. Code §303.005 | Yes | Yes |
| Nurse refusing to engage in conduct that would violate NPA or BON rule or make nurse reportable to BON | Nurse Practice Act<br>Occ. Code §301.352 | No | Yes |
| Nurse reporting concern within facility about patient(s) being exposed to substantial risk of harm due to failure of facility or practitioner to conform to minimum professional standards or regulatory/accreditation standards | Nurse Practice Act<br>Occ. Code §301.4025 | N/A | Yes |
| Nurse reporting of staffing concerns in hospital to nurse staffing advisory committee | Health and Safety Code §257.003<br>DSHS Rules 25 TAC 113.41(o)(2)(G) & 133.43 | N/A | Yes |
| Nurse reporting a facility or practitioner for exposing a patient to substantial risk of harm due to failure to conform to minimum professional standards or regulatory/accreditation standards | Nurse Practice Act<br>Occ. Code §301.4025 | N/A | Yes |
| Nurse reporting a nurse to BON or to nursing peer review who engages in conduct subject to mandatory reporting | Nurse Practice Act<br>Occ. Code §301.402 | N/A | Yes |

# Complaint

From: Duque, Laura (lduque@bexar.org)
To: missfredarn@gmail.com
Cc: mike.lozito@bexar.org
Date: Friday, October 14, 2022 at 08:41 AM CDT

Good Morning Ms. Yokum,

Our office received your complaint on Tuesday at commissioner's court and have forwarded it to the Public Integrity Unit with the District Attorney's Office for their review and response.

Thank you

Laura DuQue

Bexar County

Population Impact Control Unit Manager

Paul Elizondo Tower, 101 W. Nueva, Suite 930

San Antonio, TX 78205

Office: (210) 335-5471   Fax: (210) 335-0690



## YOKM complaint referral status

**Duque, Laura** <lduque@bexar.org>     Mon, Nov 14, 7:46 PM
To: Miss Freda <missfredarn@gmail.com>, Lozito, Mike <mike.lozito@bexar.org>, Clay-Flores, Rebeca <Rebeca.Clay-Flores@bexar.org>, Salazar, Javier <jsalazar@bexar.org>, Dawnette Guerrero <dawnetteguerrero@gmail.com>, John Foddrill Sr <foddrill@swbell.net>, Flores, Eduardo <EduardoFlores@bexar.org>

Good evening Ms. Freda,

The complaint was referred to Christine Del Prado with the Public Integrity Unit Christine.Del_Prado@bexar.org

Thank you

Laura DuQue

Bexar County

Population Impact Control Unit Manager

Paul Elizondo Tower, 101 W. Nueva, Suite 930

San Antonio, TX 78205

Office: (210) 335-5471    Fax: (210) 335-0690

**From:** Miss Freda <missfredarn@gmail.com>
**Sent:** Monday, November 14, 2022 6:40 PM
**To:** Lozito, Mike <mike.lozito@bexar.org>; Duque, Laura <lduque@bexar.org>; Clay-Flores, Rebeca <Rebeca.Clay-Flores@bexar.org>; Flores, Eduardo <EduardoFlores@bexar.org>; Salazar, Javier <jsalazar@bexar.org>; Dawnette Guerrero <dawnetteguerrero@gmail.com>; John Foddrill Sr <foddrill@swbell.net>
**Subject:** YOKM complaint referral status

**NOTICE:**

This email originated from an EXTERNAL email address outside of bexar.org. Please use caution when clicking links or opening attachments from email senders that you do not know.

If you feel it is suspicious, please send this email as an attachment to BCERT@bexar.org

| | |
|---|---|
| **Subject** | FW: Complaint Involving Kenneth C. Bell et al |
| **From** | Duque, Laura <lduque@bexar.org> |
| **To:** | Del Prado, Christine <Christine.Del_Prado@bexar.org> |
| **Cc:** | Lozito, Mike <mike.lozito@bexar.org>, Miss Freda <missfredarn@gmail.com>, Flores, Eduardo <EduardoFlores@bexar.org>, Salazar, Javier <jsalazar@bexar.org>, Clay-Flores, Rebeca <Rebeca.Clay-Flores@bexar.org>, Dawnette Guerrero <dawnetteguerrero@gmail.com>, John Foddrill Sr <foddrill@swbell.net>, Greenfield-Laborde, Norma <nglaborde@bexar.org> |
| **Date** | Today at 4:12 PM |

Good afternoon Ms. Del Prado,

Do you by chance have an update for Ms. Yokum? Would you be able to respond to her to let her know the status please.

Thank you

Laura DuQue
Bexar County
Population Impact Control Unit Manager
Paul Elizondo Tower, 101 W. Nueva, Suite 930
San Antonio, TX 78205
Office: (210) 335-5471   Fax: (210) 335-0690

View more

October 17, 2022

Bexar County District Attorney's Office
101 W. Nueva Street
San Antonio, Texas 78205

Re: Public Corruption

Mr. Joe Gonzales,

    My name is Freda G. Yokum, a resident of Bexar County and Registered Nurse for the State of Texas. I submit this statement of facts under the penalty of perjury, regarding several incidents alleging fraud and forgery, including an insurance claim from a previous lawsuit.

    The allegation are related to ongoing civil litigation against Kenneth C. Bell, an attorney licensed in Texas, State Bar No. 24051967. I pursued a criminal investigation through the BCSO in January 2019 and filed a complaint with the State Bar.

    Mr. Bell and the Law Office of Bell and White, PLLC has been sued in Bexar County District Court. During these proceedings I have been a victim of repeated false statements, and recipient of what appears to be forged documents, specific to the signature of Judge Larry Noll.

    Attached is an e-mailed document I received in February 2022. In comparison, I have attached 2 separately dated documents, bearing the legitimate signature of Judge Noll. I respectfully ask for your cooperation and assistance in verifying the discrepancies.

    Further, I seek to pursue criminal charges of fraud against Mr. Kenneth Bell and possibly others named in Cause No. 2021-CI-11305. The decisions/rulings of Judge John Gabriel and Judge Martha Tanner is attached.

Between June/July of 2019, I discovered an insurance claim in my name with Markel American Insurance Company. I did not open the claim and did not authorize any settlement form Cause No. 2015-CI-16732. The insurance claim is currently under "litigation hold."

I have concerns that my signature may have been forged in an attempt to collect a jury award for damages sought in that case against my former employer Paramount Health Care Company, the insured. I also have concerns that my inquires may have been addressed by others "impersonating' representatives of Markel American Insurance Company.

I am providing contact information and the assigned claim number, with the hope that you will make the necessary inquires and obtain documents to resolve my concerns. And, in the interest of justice and public trust, protect Judge Noll and my own individual rights under the Constitution and state laws of Texas, civil and criminal.

I also have the BCSO e-mail attached, for possible "witness tampering" as provided by Detective Noel Nino. I am a repeat victim of crime, at the hands of many who has a duty to uphold the law. Including an oath and obligation to report violations of law. My allegations are not frivolous, groundless, baseless or retaliatory.

It is simply to seek accountability and protect my personal and financial information from unscrupulous and unethical, private citizens and elected officials. In this regard, I provide the following contact information:

Markel American Insurance Company
(800) 431-1270
(312) 383-5588
(214) 922-8023
Fax: (214) 754-0922
Claim No. **ML 272 739**

Claims Adjuster: Daniel Evans, Daniel.evans@markel.com

Michele Gordon michelle.gordon@markel.com

Jeanette M. Bourey

    I am willing and able to provide additional information and others for their participation, knowledge or aiding and abetting potential state and federal crimes. I will cooperate with such appropriate actions necessary in this matter.

Respectfully submitted,

*Freda M. Yokum* (signature)
Freda G. Yokum

307 Bright Chase
San Antonio, Texas 78253
Mobile: (210) 378-6963
Home: (210) 858-8822
missfredarn@gmail.com

Please leave a message with all communication attempts, as only the (210) area code tend to show from Bexar County Court locations, without me knowing which department to call back.

### VERIFICATION

I, Freda G. Yokum declare and affirm under penalty of perjury that the information herein has been provided to me via e-mail communication, online research and court filings. I have direct knowledge of the facts and provide supporting evidence in this matter.

Dated: October 17, 2022      By: *Freda M Yokum* (signature)

✶ *Attached*
Notary Public

# CERTIFICATE OF ACKNOWLEDGEMENT

STATE OF TEXAS

COUNTY OF Texas

Before me, Maria M Suarez, a Notary Public, on this day personally appeared Freda G. Yokum, known to me (or proved to me on the oath of Texas Driver License, or through XXXXXXXXXXXXXXX
(Description of identity card or other document), to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this 17th day of October, 2022.

MARIA M SUAREZ
Notary Public, State of Texas
My Comm. Exp. 06-27-2025
ID No. 1090348-1

_Maria M Suarez_
Notary Public, State of Texas

Document Description  letter of compliant



TEXAS
Department of Aging
and Disability Services

FILE COPY

COMMISSIONER
Jon Weizenbaum

October 10, 2014

Susan D. Reed
District Attorney
300 Dolorosa, Ste. 5072
San Antonio, TX 78205

Dear Judge Reed,

As required by the Health and Safety Code, §242.126(k), enclosed are copies of investigation reports #693054, 693105, 694377 concerning allegations of abuse/neglect /exploitation at **Mystic Park Rehabilitation & Healthcare Center** in San Antonio, Texas. This information is being supplied for any action that you deem necessary.

If you need additional information about this case or have questions concerning this report, you or your staff may contact the investigator, **Soury Phanhtharath** at 210-6365. General questions concerning the investigative process may be directed to **Elizabeth A. Ganson, Program Manager** at 210-438-6283.

Sincerely,

Elizabeth A. Ganson, RN, MSN
Program Manager, Region 8
Regulatory Services Division

cc: Mr. William McManus
Chief of Police
315 S. Santa Rosa
San Antonio, TX 78207

Section Chief / Intake & Audit
Office of the Attorney General
Medicaid Fraud Control Unit Abuse Team
P.O. Box 12307
Austin, Texas 78711-2307



# TERMINATION / RESIGNATION FORM

FACILITY: **Mystic Park RHCC**

## DEPARTMENT HEAD COMPLETES

EMPLOYEE NAME: **Yokum, Freda**
DEPARTMENT: **NSG**   EFFECTIVE TERMINATION DATE: **8-23-14**
DEPT. #: _____   POSITION: **RN**

TERMINATION: **✓**   RESIGNATION: ____   EXIT INTERVIEW   Y / N   (circle one)

REASON: **Substantiated allegation of verbal abuse**

ATTACH LETTER OF RESIGNATION OR DISCIPLINARY WARNING NOTICE

ADVANCED WRITTEN NOTICE FOR RESIGNATION:   Y / N   (circle one)
LEFT IN GOOD STANDING:   Y / **N**   (circle one)
ELIGIBLE FOR REHIRE?   Y / **N**   (circle one)
WERE ALL EQUIPMENT ITEMS RETURNED:   KEYS **Y** / N   (circle one)
IF NO, LIST ITEMS NOT RETURNED: _____

DEPARTMENT HEAD: *JoAnne Smith RN*   DATE: **8/25/14**
ADMINISTRATOR: *Jason Bordeno LNHA*   DATE: **8-25-14**

## HUMAN RESOURCES

DID EMPLOYEE RETURN ALL EQUIPMENT ITEMS?   See Above   **Y** / N   (circle one)
IF NO, THEN DEDUCT FROM LAST PAY CHECK

DID EMPLOYEE LEAVE IN GOOD STANDING?   See Above   Y / **N**   (circle one)
IF YES, THEN PAY ALL UNUSED VACATION ON THE LAST PAY CHECK

IS THIS EMPLOYEE CURRENTLY COVERED BY HEALTH INSURANCE?   Y / **N**   (circle one)
If yes the Human Resources will:

HAVE EMPLOYEE SIGN INSURANCE CHANGE FORM TO CANCEL INSURANCE   DATE: _____
REVIEW ALL OTHER PAYROLL DEDUCTIONS   DATE: _____
VERIFY THAT ADDRESS ON FILE FOR FUTURE CORRESPONDENCE IS CORRECT   DATE: _____
( If a change is needed complete appropriate paper work)

ENTERED TERMINATION DATE: _____   DATE: **8/25/14**

MANUAL CHECK
8/25/14

# EXHIBIT A-1

MP000001 FY