| | UNITED STATES DISTRICT COURT | |
|---|---|---|
| **PHILIP J. DEVLIN**<br>**CLERK OF COURT** | **WESTERN DISTRICT OF TEXAS**<br>262 W. Nueva, Suite 1 - 400<br>San Antonio, Texas 78207 | **ANNETTE FRENCH**<br>**CHIEF DEPUTY** |

July 10, 2025

Freda G. Yokum
307 Bright Chase
San Antonio, TX 78253

**RE: Case # 5:25-CV-00779-OLG**

Dear Ms. Yokum:

    Your Complaint was filed in our office on 07/08/2025 and assigned the above case number. Please reference this case number on all future documents submitted for filing in the above case number. Please be advised you must keep the court informed of your current address throughout the pendency of your case. Failure to do so may result in dismissal of your case for want of prosecution.

                                        Sincerely,

                                        By_TT_____
                                        Deputy Clerk